UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-38684
Kerri Connelly )
)  Chapter: 13
)  Honorable Carol A. Doyle
)
)
Debtor(s) )

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Motion of the DEBTOR to Modify the Chapter 13 Plan Post-Confirmation;

IT IS HEREBY ORDERED:

1. The Chapter 13 plan is modified post-confirmation, pursuant to 11 U.S.C. §1329, to lower the percent dividend paid to general unsecured creditors to 20 percent.

2. Nothing in this order shall require trustee to perform collections based on payments made pursuant to any prior plan

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 28, 2018

**Prepared by:**

Suburban Legal Group, PC
1305 Remington Road, Suite C
Schaumburg, IL 60173
(847) 843-8600